**Affirmed as Modified and Opinion Filed July 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00905-CR**

**No. 05-14-00906-CR**

**DONTE LAMONT ROSE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1325715-U and F13-25716-U**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Brown, and Justice Stoddart
Opinion by Chief Justice Wright

Donte Lamont Rose appeals his two convictions for aggravated robbery with a deadly weapon. *See* TEX. PENAL CODE ANN. § 29.03 (West 2011). Rose entered an open plea of guilty to the court, and the court assessed his punishment at twenty years' imprisonment. On appeal, Rose's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents an evaluation of the record showing why there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief and the record to Rose as required. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014).

Rose filed a pro se response raising the single issue of ineffective assistance of counsel. Our duty in reviewing an *Anders* brief is to determine whether there are any arguable grounds for appeal and, if so, remand the case to the trial court so new counsel may be appointed to address those issues. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005). After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

However, counsel does ask this Court to reform the judgments. This Court has the power to modify an incorrect judgment and make the record speak the truth when we have the necessary data and information to do so. TEX. R. APP. P. 43.2(b); *see Estrada v. State*, 334 S.W.3d 57, 63 (Tex. App.—Dallas 2009, no pet.). The trial court's judgments both show the attorney for the State was Jeff Matovich, but the record is clear that Robin Pittman was the actual attorney for the State. Accordingly, we reform the trial court's judgments to remove Jeff Matovich as attorney for the State and in its place reflect Robin Pittman.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b).
140905F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONTE LAMONT ROSE, Appellant

No. 05-14-00905-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-1325715-U.
Opinion delivered by Chief Justice Wright.
Justices Brown and Stoddart participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

the name Jeff Matovich will be removed as Attorney for State, and Robin Pittman will be inserted in its place.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered July 2, 2015.

–3–



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DONTE LAMONT ROSE, Appellant

No. 05-14-00906-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F-1325716-U.
Opinion delivered by Chief Justice Wright.
Justices Brown and Stoddart participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

the name Jeff Matovich will be removed as Attorney for State, and Robin Pittman will be inserted in its place.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered July 2, 2015.